FABRICUT, INC., Plaintiff and Appellee,

v.

Thomas C. KEENEY, personally & dba Springcrest Drapery Center, Defendant and Appellant,

v.

Clifton RODENBURG, Third Party Defendant.

Civ. No. 870383CA.

Court of Appeals of North Dakota.

May 17, 1988.

Gackle, Johnson & Rodenburg, Fargo, for plaintiff and appellee. Submitted on brief.

---

Thomas C. Keeney, Fargo, pro se.

## PER CURIAM.

Thomas C. Keeney, appearing pro se, appeals from a summary judgment awarding the plaintiff, Fabricut, Inc., $710.09 which included interest, costs, and attorney fees in its action to collect a debt from Keeney and awarding the third-party defendant, Clifton C. Rodenburg, $350.00 in attorney fees. Keeney admitted that he owed Fabricut $541.09 for merchandise but claimed that he satisfied the debt when Fabricut's attorney, Rodenburg, refused to accept a "sight draft" as payment for the debt.

We affirm the summary judgment pursuant to Rule 35.1(a)(1), (6), and (7), N.D.R. App.P. and *Federal Land Bank of St. Paul v. Brakke,* 417 N.W.2d 380 (N.D. 1988). Pursuant to Rule 38, N.D.R.App.P., we award Fabricut double costs, as well as attorney fees in the amount of $150.00. *See United Bank of Bismarck v. Young,* 401 N.W.2d 517 (N.D.1987). On remand, the trial court is directed to modify the judgment accordingly.

GARAAS, C.J., and LARRY M. HATCH and WILLIAM M. BEEDE, District Judges, concur.